**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 14−33161−KRH
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis Campbell Harden
2715 Pine Ridge Lane
Powhatan, VA 23139

Cindy Crittenden Harden
2715 Pine Ridge Lane
Powhatan, VA 23139

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−3278                    Joint Debtor: xxx−xx−7018

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA                             Joint Debtor: NA


NOTICE OF POSSIBLE DISMISSAL
PURSUANT TO LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS


TO:     DEBTOR OR DEBTOR'S COUNSEL

You have filed a petition with the office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on June 10, 2014. Pursuant to Local Bankruptcy Rule 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date, **June 24, 2014**.

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 Chapter 13 Plan


Date: June 11, 2014

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/  Cindy Baumgartner
Deputy Clerk

[30152vDec2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Dennis Campbell Harden  
Cindy Crittenden Harden  
      Debtors

Case No. 14-33161-KRH  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: baumgartn     Page 1 of 1     Date Rcvd: Jun 11, 2014  
                       Form ID: 30152     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2014.  
db/jdb       +Dennis Campbell Harden,    Cindy Crittenden Harden,    2715 Pine Ridge Lane,    Powhatan, VA 23139-5031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2014 at the address(es) listed below:  
         Patrick Thomas Keith    on behalf of Debtor Dennis Campbell Harden ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com  
         Patrick Thomas Keith    on behalf of Joint Debtor Cindy Crittenden Harden ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com  
         Robert E. Hyman    station08@ricva.net,   ecfsummary@ricva.net  
                                                                                                                                                       TOTAL: 3