UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

Re: Dennis Campbell Harden                                                          Case No: 14-33161
    Cindy Crittenden Harden                                                         Chapter 13

## DIRECTIVE FOR VOLUNTARY PAYMENTS BY DEBTOR

The debtors having filed a petition under Chapter 13, title 11 U.S.C. or converted this case from Chapter 7;

IT IS DIRECTED;

That commencing **immediately** and continuing on the **10th** day of each and every month thereafter until further Directive from the Trustee, **Dennis Campbell Harden & Cindy Crittenden Harden,** shall pay to *ROBERT E. HYMAN, TRUSTEE*, and send to *P. O. BOX 983, MEMPHIS, TN 38101-0983*, the sum of **$350.00** per month until **further notice**. **\*In addition, a lumpsum payment of $67,000.00 shall be payable in the month of June, 2015.**

THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE UNITED STATES BANKRUPTCY COURT.

Dated: July 10, 2014

/S/ Robert E. Hyman
Robert E. Hyman, Trustee
Eastern District of Virginia
Richmond Division

I hereby certify that a copy of the Directive was mailed to the debtor(s) and the debtor's counsel on the date above written.

/S/ Robert E. Hyman
Robert E. Hyman, Trustee